IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | | |
|---|---|---|---|
| **Courtney Morgan**, | § | | |
| *Plaintiff,* | § | | |
| | § | | |
| v. | § | | |
| | § | | |
| **Mary Chapman** and **John Kopacz**, in their | § | Civil Action: | No. 6:17-cv-0004 |
| individual capacities, | § | | |
| *Defendants*. | / | JURY | |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, **COURTNEY MORGAN**, appeals to the United States Court of Appeals for the Fifth Circuit this District Court's **ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S MOTION FOR JUDICIAL NOTICE** [DE 178] signed and entered on the docket on February 20, 2025; **MEMORANDUM AND RECOMMENDATION** [DE 180] signed and entered on the docket on March 5, 2025; **ORDER** [DE 185] signed and entered on the docket on April 10, 2025; **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE** [DE 188] signed and entered on the docket on May 13, 2025; and the **FINAL JUDGMENT** [DE 189] signed and entered on the docket May 13, 2025.

**Dated: June 11, 2025**

              Respectfully submitted by,

              /s/*Erica F. Chaplin*
              Erica F. Chaplin, Esq.
              FLBN: 0048023
              Anderson & Welch, LLC
              500 S. Australian Avenue, 6th Flr.
              West Palm Beach, FL 33401
              Tel: 561-832-3386; Fax: 561-820-4867
              Email: chaplinlaw@gmail.com
              Email: andewelch@andersonandwelch.com
              *Attorney for Plaintiff, Courtney Morgan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF upon counsel on the incorporated service list on this **11th** day of **June, 2025.**

Respectfully submitted,
/s/*Erica F. Chaplin*
Erica F. Chaplin, Esq.
FLBN: 0048023
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Tel: 561-832-3386; Fax: 561-820-4867
Email: chaplinlaw@gmail.com
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

## SERVICE LIST

*Courtney Morgan, et al. v. Mary Chapman and John Kopacz, individually, et al.*
Case No:   6:17-cv-00004 - Judge Drew B. Tipton
United States District Court, Southern District of Texas
Victoria Division

Kevin R. Anderson, Esq.
FLBN: 44857
S.D. Texas Bar No.: 3850258
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Phone: 561-832-3386
Fax: 561-820-4867
Email: kan@andersonandwelch.com
andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

Erica F. Chaplin, Esq.
Attorney-In-Charge
FLBN: 0048023
S.D. Texas Bar No.: 306717
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Phone: 561-832-3386
Fax: 561-820-4867
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney Morgan*

Leslie A. Werner, Esq.
SBN: 211901580
S.D. Texas Bar No.: 10066
The Werner Law Group
P. O. Box 247
Victoria, Texas 77902
Phone: 361-578-7200
Fax: 361-485-1949
Email: leslie@werner-lawgroup.com
*Attorney for Plaintiff, Courtney Morgan*

Tommy E. Swate, Esq.
SBN: 19557705
S.D. Texas Bar No.: 145507
Swate Attorney At Law
403 Wild Plum
Houston, Texas 77013
Tel: 832-702-7599
Fax: 877-572-7087
Email: swatelaw@aol.com
*Attorney for Plaintiff, Courtney Morgan*

Christopher Lee Lindsey, Esq.
Assistant Attorney General
Attorney-in-Charge
SBN: 24065628
S.D. Texas Bar No.: 1021745
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548
Tel: 512-463-2080
Fax: 512-370-9314
Email: Christopher.lindsey@oag.texas.gov
*Attorney for Defendant, John Kopacz*

Cole P. Wilson, Esq.
Assistant Attorney General
Attorney-in-charge
TSBN: 24122856
SDTNB: 3864133
P.O. Box 12548
Capitol Station
Austin, Texas 78711
Tel: 512-936-1309
Fax: 512-979-5738
Email: Cole.Wilson@oag.texas.gov
*Attorney for Defendant, Mary Chapman*