United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **COURTNEY MORGAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 6:17-CV-00004** |
| | § | |
| **JOHN KOPACZ,** | § | |
| | § | |
| **Defendant.** | § | |

# SCHEDULING ORDER

All attorneys of record shall familiarize themselves with this Order **including the Additional Instructions**. The disposition of this case will be controlled by the following schedule:

1. October 16, 2026 — **EXPERTS (other than attorney's fees)**
The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

November 16, 2026 — The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

2. December 18, 2026 — **COMPLETION OF DISCOVERY**
Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may continue discovery beyond the deadline by agreement.

3. December 23, 2026 — **PRETRIAL MOTIONS DEADLINE (except for motions *in limine*)**
No motion may be filed after this date except for good cause. This includes motions to exclude experts.

4. December 31, 2026

**MEDIATION OR SETTLEMENT CONFERENCE**
Mediation or other form of dispute resolution must be completed by this deadline.

5. January 28, 2027

**JOINT PRETRIAL ORDER AND MOTION *IN LIMINE* DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Use the forms provided on the Court's website. https://www.txs.uscourts.gov/Tipton. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with the applicable rules. **Exhibit lists, witness lists and proposed deposition excerpts may not be amended or supplemented after this date unless by agreement**. Objections to any of these shall be filed no later than three business days after this date and responses to those objections shall be filed no later than six business days from this date. **Boilerplate objections or responses will not be considered.**

**If the Parties have previously filed the Joint Pretrial Order** or any trial documents, including motions in limine or attachments to the Joint Pretrial Order, **they are instructed to refile them** no later than this date even if there are no revisions or changes.

6. February 11, 2027

**DOCKET CALL**
Docket Call will be held at 2:00 p.m. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

## ADDITIONAL INSTRUCTIONS

Witness lists, exhibit lists and deposition excerpts must be filed with the Joint Pretrial Order. Do *not* rely on filings submitted for past trial settings. Even if unchanged, all JPTO documents must be refiled. Use the forms provided on the Court's website.

**Exhibits**

- Exchange exhibits and meet **IN PERSON** to discuss any objections **PRIOR** to filing the exhibit list.
- **Objections to exhibits** (including authentication): Due within three business days of filing the Joint Pretrial Order.
  - **Confer and resolve authentication objections to the greatest extent possible.** The Court typically allows telephonic depositions before trial on an expedited basis to authenticate exhibits and may shift costs if this becomes necessary.
  - Group objections by category wherever possible.
- **Response to objections:** Due within six business days of filing the Joint Pretrial Order. Responses must address each objection specifically.
- Objections and responses must contain a tailored discussion of the exhibit and issues. The Court will not consider boilerplate objections or responses.
- Failure to file timely written objections or responses will be treated as non-opposition.
- Provide copies to the Court of **only** those exhibits **to which objections have been lodged** no later than seven calendar days after the Joint Pretrial Order is filed.

**Deposition Designations**

- The Court presumptively limits deposition designations to twenty-five minutes and counter-designations to fifteen minutes absent agreement or permission.
- **Objections to deposition designations:** Due within three business days of filing the Joint Pretrial Order.
- **Responses** to objections: Due within six business days of filing the Joint Pretrial Order.
- The Court will not consider boilerplate objections or responses.

**Motions in Limine**

- Meet **IN PERSON** to discuss **PRIOR** to filing any motions in limine or responses.
- Do ***not*** use the Court's former Standard Order in Limine. Tailor the motion to the facts and issues of this case and limit the number of topics.
- Responses to contested motions in limine must be written and filed within three business days of filing the Joint Pretrial Order.

- Daubert motions are not appropriate subjects for a motion in limine.

It is SO ORDERED.

Signed on September 14, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**